**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7381**

———————————

JAMES LEONARD ASH,

Plaintiff - Appellant,

versus

LIEUTENANT OVERBY; W. J. TOWNLEY, Superinten-
dent; W. P. ROGERS, Regional Director,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-97-747-2)

———————————

Submitted:  December 11, 1997      Decided:  December 31, 1997

———————————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
District Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

James Leonard Ash, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Ash v. Overby, No. CA-97-747-2 (E.D. Va. Sept. 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2